IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                NO. 96-20052-Ma

JAMES SPENCER,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's April 14, 2005, motion to continue the sentencing of James Spencer, which is presently set for April 18, 2005. For good cause shown, the motion is granted. The sentencing of defendant James Spencer is **reset to Friday, May 13, 2005, at 10:30 a.m.**

It is so ORDERED this 15th day of April, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 406 in case 2:96-CR-20052 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT