IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                              NO. 96-20052-Ma

JAMES SPENCER,

    Defendant.

### ORDER RESETTING SENTENCING DATE

Before the court is the defendant's May 11, 2005, motion to continue the sentencing of James Spencer, which is presently set for May 13, 2005. For good cause shown, the motion is granted. The sentencing of defendant James Spencer is **reset to Tuesday, May 17, 2005 at 10:00 a.m.**

It is so ORDERED this 12th day of May, 2005.

                                                     SAMUEL H. MAYS, JR.
                                                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

411

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 411 in case 2:96-CR-20052 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT