IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                        NO. 96-20052-Ma

JAMES SPENCER,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's October 4, 2005, motion to reset the sentencing of James Spencer, which is presently set for October 6, 2005. For good cause shown, the motion is granted. The sentencing of defendant James Spencer is **reset to Friday, November 4, 2005, at 1:30 p.m.**

It is so ORDERED this 5th day of October, 2005.

                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-6-05_

427

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 427 in case 2:96-CR-20052 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT