IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 AM 6:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 96-20052-Ma

JAMES SPENCER,

　　Defendant.

ORDER RESETTING SENTENCING DATE

　　Before the court is the defendant's October 28, 2005, motion to reset the sentencing of James Spencer, which is presently set for November 4, 2005. For good cause shown, the motion is granted. The sentencing of defendant James Spencer is **reset to Thursday, November 17, 2005, at 9:30 a.m.**

　　It is so ORDERED this 31st day of October, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-4-05

431

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 431 in case 2:96-CR-20052 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT